IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT B. BERGDAHL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-CV-00418 (RBW) |
| UNITES STATES, | ) |
| Defendant. | ) |

**JOINT STATEMENT REQUESTING
A BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS
AND MOTION TO EXTEND DEADLINE FOR THE
DEFENDANT'S RESPONSE TO THE AMENDED COMPLAINT**

In this action, the plaintiff challenges the constitutionality of his conviction by a general court-martial. Anticipating that this case can be resolved on dispositive motions, and consistent with paragraph 7(b)(2) of this Court's General Order for Civil Cases,[1] the parties respectfully request that the Court extend the deadline for the defendant's response to the Amended Complaint, and set the schedule proposed herein for briefing on cross-motions by the parties.

Currently, the defendant's response to the Amended Complaint is due on May 3, 2021. Due to the substantial volume of the underlying record at issue in this collateral challenge—approximately fifteen thousand pages—and the importance of the constitutional issues raised, additional time is needed for defendant to respond to the Amended Complaint. For the same reasons—the volume of the record, and the importance of the issues raised—the parties

---

[1] As a challenge to a criminal conviction or sentence, the instant case is exempt from the duty to confer under Local Civil Rule 16.3(b). *See* Local Civil Rule 16.3(b)(3).

respectfully request that the Court enter the following briefing schedule allowing for additional time, beyond that contemplated by the local rules, for their respective submissions:

| | |
|---|---|
| Defendant's dispositive motion | August 2, 2021 |
| Plaintiff's opposition and cross-motion for summary judgment | November 1, 2021 |
| Defendant's opposition and reply in support of its dispositive motion | January 31, 2022 |
| Plaintiff's reply in support of his cross-motion for summary judgment | March 2, 2022 |

Additionally, consistent with paragraph 7(b)(2) of this Court's General Order for Civil Cases, the parties note that they anticipate an appearance before the Court to present oral argument will be necessary prior to the resolution of their cross-motions.

Dated: April 30, 2021            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470

        Email: julia.heiman@usdoj.gov
        *Attorneys for Defendant*

       */s/ Eugene R. Fidell*
      EUGENE R. FIDELL
      D.C. Bar No. 112003
      Feldesman Tucker Leifer Fidell LLP
      1129 20th St., N.W., Suite 400
      Washington, DC 20036
      (202) 256-8675 (mobile)
      efidell@feldesmantucker.com