UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT B. BERGDAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 21-418 (RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on May 14, 2021, via teleconference, it is hereby

**ORDERED** that the parties' Joint Statement Requesting a Briefing Schedule on Dispositive Motions and Motion to Extend Deadline for the Defendant's Response to the Amended Complaint, ECF No. 14, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks to (1) extend the deadline for the defendant to respond to the plaintiff's Amended Complaint, and (2) set a briefing schedule for the parties' cross-motions.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that, on or before August 2, 2021, the defendant shall file its dispositive motion in response to the plaintiff's Amended Complaint.  It is further

**ORDERED** that, on or before October 4, 2021, the plaintiff shall file his opposition and cross-motion for summary judgment.  It is further

**ORDERED** that, on or before December 3, 2021, the defendant shall file its opposition and reply in support of its dispositive motion.  It is further

**ORDERED** that, on or before January 14, 2022, the plaintiff shall file his reply in support of his cross-motion for summary judgment.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on April 28, 2022, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  This status conference will serve as a target date for the resolution of the parties' cross-motions.  In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.[1]

**SO ORDERED** this 17th day of May, 2021.

REGGIE B. WALTON
United States District Judge

---

[1] In the event that the Court requires additional information before resolving the parties' cross-motions, the Court will schedule a hearing during which the parties may present oral argument on the pending motions.