IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT B. BERGDAHL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:21-CV-00418 (RBW) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S MOTION TO DISMISS

Defendant, the United States, moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss this action, for the reasons set forth in the accompanying memorandum in support of this motion.

Dated: August 2, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 */s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470