IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT B. BERGDAHL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-CV-00418 (RBW) |
| UNITES STATES, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT
DEFENDANT'S COMBINED REPLY IN SUPPORT OF ITS MOTION TO
DISMISS AND OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**

Defendant respectfully seeks an extension of two weeks for its submission of the combined reply in support of its motion to dismiss and opposition to Plaintiff's motion for summary judgment, currently due on December 3, 2021.  *See* May 17, 2021 Order, ECF No. 15, at 1.  Consistent with Local Civil Rule 7(m), counsel for Defendant conferred with Plaintiff's counsel regarding the relief requested herein and Plaintiff's counsel indicated that Plaintiff consents to the relief requested herein.

Two reasons necessitate the instant request.  First, Plaintiff's combined motion and opposition is voluminous, with over 150 footnotes, *see* Pl.'s Statement of Material Facts, ECF No. 18-1, and a separate statement of material facts that includes 137 paragraphs, *see* Pl.'s Opp'n to Def.'s Mot. to Dismiss and Mem. in Support of Cross-Mot. for Summary Judgment, ECF No. 18-2.  Especially in light of the substantial underlying record, comprising approximately 15,000 pages, undersigned counsel will require additional time to respond adequately to Plaintiff's submission.  Second, regrettably, the press of other work including emergency litigation during

the October-November timeframe as well as undersigned counsel's lead role in an evidentiary hearing set for November 23, 2021, further necessitate the instant request. For these two reasons, despite counsel's best efforts, additional time beyond December 3, 2021, will be required to prepare Defendant's combined reply and opposition, and there is good cause for the requested two-week extension.

The relief requested herein would affect two other dates on the Court's calendar. First, the deadline for Plaintiff's reply is currently set for January 14, 2022. *See* May 17, 2021 Order, ECF No. 15, at 2. Defendant respectfully requests that the Court grant a two-week extension of that deadline until January 28, 2022, commensurate with the requested extension for Defendant's submission. Additionally, a teleconference is currently set for April 28, 2022. The parties remain available on that date, but are also available on a date thereafter if that teleconference should be continued based on the relief requested herein.

The Court has previously granted one extension in this matter, when the Court granted in part the parties' jointly-submitted proposed schedule at the outset of this litigation, which included an extension of the Defendant's deadline to respond to Plaintiff's Amended Complaint. *See id.* at 1–2.

For the reasons explained herein, good cause exists to extend the deadline for Defendant's combined reply and opposition until December 17, 2021, and Defendant respectfully requests that the Court grant the instant motion.


Dated: November 22, 2021                    Respectfully submitted,

                                                    BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director


 /s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov
*Attorneys for Defendant*