# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5150**　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　**1:21-cv-00418-RBW**

　　　　　　　　　　　　　　　　　　　　**Filed On:** October 8, 2024

Robert B. Bergdahl,

　　　　Appellee

　　v.

United States of America,

　　　　Appellant

------------------------------

Consolidated with 24-5154

## O R D E R

　　Upon consideration of the motion for partial summary affirmance, the opposition thereto, and the reply, it is

　　**ORDERED**, on the court's own motion, that these consolidated cases be held in abeyance pending the court's resolution of Henry v. Kendall, No. 22-5259 (argued on October 1, 2024). The parties are directed to file motions to govern future proceedings within 30 days after resolution of Henry.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Emily Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk